| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Scott Alan Burroughs (SBN 235718)<br>scott@donigerlawfirm.com<br>Justin M. Gomes (SBN 301793)<br>jgomes@donigerlawfirm.com<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291<br>Telephone: (310) 590-1820 |
| 6<br>7 | Attorneys for Plaintiff<br>BRITTANI FRIEDMAN |
| 8<br>9<br>10<br>11<br>12 | WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@willkie.com<br>JAYVAN E. MITCHELL - # 322007<br>jmitchell@willkie.com<br>One Front Street<br>San Francisco, California 94111<br>Telephone: (415) 858-7401 |
| 13 | Attorneys for Defendant<br>POPSUGAR INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BRITTANI FRIEDMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR INC.,<br><br>Defendant. | Case No. 4:18-CV-06623-HSG<br><br>**STIPULATION AND ORDER RE: CASE MANAGEMENT STATEMENT**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr<br><br>Date Filed: July 5, 2018<br><br>Trial Date: October 5, 2020 |
STIPULATION AND ORDER RE: CASE MANAGEMENT
Case No. 4:18-CV-06623-HSG

WHEREAS, Plaintiff Brittani Friedman, and Defendant POPSUGAR Inc. have met and conferred and respectfully seek to extend case management deadlines in order to accommodate the parties' discovery needs.

WHEREAS, the parties are working to coordinate a second mediation in the coming months and hope that they might soon resolve this matter.

IT IS THEREFORE AGREED by Plaintiff and Defendant that the following dates and deadlines be extended as follows or to other dates that are convenient for the Court:

| Event | Original Date | Proposed Date |
| --- | --- | --- |
| Close of fact discovery | November 22, 2019 | **February 7, 2020** |
| Opening expert reports | December 19, 2019 | **March 6, 2020** |
| Rebuttal expert reports | January 23, 2020 | **March 27, 2020** |
| Close of expert discovery | February 20, 2020 | **April 16, 2020** |
| Summary judgment opening briefs | March 12, 2020 | **May 7, 2020** |
| Summary judgment oppositions | April 9, 2020 | **June 4, 2020** |
| Summary judgment replies | April 30, 2020 | **June 18, 2020** |
| Summary judgment hearing | May 14, 2020 (or per Court Order) | **July 2, 2020** **(or per Court Order)** |

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have agreed to its filing.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2019 | DONIGER / BURROUGHS |
| 2 | | |
| 3 | | By:  /s/ Justin M. Gomes<br>JUSTIN M. GOMES |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>BRITTANI FRIEDMAN |
| 6 | | |
| 7 | Dated: November 21, 2019 | WILLKIE FARR & GALLAGHER LLP |
| 8 | | |
| 9 | | By:  /s/ Benedict Y. Hur<br>BENEDICT Y. HUR |
| 10 | | |
| 11 | | Attorneys for Defendant<br>POPSUGAR INC. |

**IT IS SO ORDERED.**

DATED: 11/25/2019     By: *[signature: Haywood S. Gilliam Jr.]*

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge